UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNARD HAYES,

      Plaintiff,

    v.

DEPUTY BLUNT #2530,

      Defendant.

Case No. 24-cv-08905-RMI

**JUDGMENT**

    The Court entered an order granting Defendant's Motion for Summary Judgment. (Order, Dkt. 33.) Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in accordance with that Order. The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: June 24, 2026

ROBERT M. ILLMAN
United States Magistrate Judge